1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   VICTORIA MARSH,                )   Case No. ED CV 12-1951 JCG
                                     )
12              Plaintiff,           )
                                     )
13        v.                         )   **JUDGMENT**
                                     )
14   CAROLYN W. COLVIN, ACTING       )
     COMMISSIONER OF SOCIAL          )
15   SECURITY ADMINISTRATION,        )
                                     )
16              Defendant.           )
                                     )
17                                   )
     _____ )
18

19        IT IS ADJUDGED that the decision of the Commissioner of the Social

20   Security Administration is **AFFIRMED**.

21

22   DATED: June 28, 2013

23                              _____

24                                   Hon. Jay C. Gandhi

25                                   United States Magistrate Judge

26

27

28