1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| VICTORIA MARSH, | ) Case No. ED CV 12-1951 JCG |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

12
13
14
15
16
17
18
19
20

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

21
22

DATED: June 28, 2013

23
24
25

_____

Hon. Jay C. Gandhi
United States Magistrate Judge

26
27
28